UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

STEVEN ROBERT MOON,

        Plaintiff,

   v.

PACIFICA POLICA DEPARTMENT,

        Defendant.

Case No.  17-cv-3067-NJV (PR)

**ORDER OF DISMISSAL**

Docket No. 2

      Plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983, however he did not pay the filing fee or submit a completed application to proceed in forma pauperis ("IFP").  He was sent three notices that he had not paid the filing fee or applied for leave to proceed IFP and he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      The twenty-eight days have passed and no response has been received.  This case is therefore **DISMISSED** without prejudice.  The incomplete motion to proceed IFP (Docket No. 2) is **DENIED**.  The clerk shall close the file.  To proceed with this case plaintiff must file a brief motion to reopen and a complete IFP application or pay the full filing fee.

      **IT IS SO ORDERED.**

Dated: September 8, 2017

_____

NANDOR J. VADAS
United States Magistrate Judge